UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN BRIK,

                            Plaintiff,

             -against-

SAMER NASSER; STANISLAV (STAS)
SKARBO; JOE NGUYEN; and PAT WINNERY
KAUFMAN,

                            Defendants.

24-CV-8845 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff Roman Brik, proceeding *pro se*, brings this action under 42 U.S.C. § 1983 against four employees of the Press Credential's Office in the New York City Mayor's Office of Media and Entertainment, alleging that they violated his rights under the First Amendment. On July 3, 2025, Defendants filed a motion to dismiss the Complaint. Consistent with the Court's Special Rules & Practices in Civil *Pro Se* Cases, available at https://www.nysd.uscourts.gov/hon-ronnie-abrams, Plaintiff may file an opposition to the motion to dismiss no later than Monday, August 4, 2025. Defendants' reply, if any, is due no later than Monday, August 18, 2025. If Plaintiff does not submit an opposition, the motion to dismiss will be deemed fully briefed.

Plaintiff should submit his opposition papers to this Court's *Pro Se* Office, United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007. Plaintiff is further advised that he may consult with the Civil Bar Justice Center's clinic for *pro se* litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    July 7, 2025
          New York, New York

_____
Ronnie Abrams
United States District Judge

2