UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROMAN BRIK,<br><br>          Plaintiff,<br><br>     v.<br><br>JONATHAN FOGEL, Administrative Law Judge, Office of Administrative Trials and Hearings, New York City; SAMER NASSER, Executive Director, Press Credentials Office, NYC Mayor's Office of Media and Entertainment (MOME); STANSLAV (STAS) SKARBO, Senior Counsel, MOME; JOE NGUYEN, Staff Counsel, MOME; PAT SWINNEY KAUFMAN, Commissioner, MOME,<br><br>          Defendants. | No. 24-CV-8845 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 3, 2025, Defendants filed a motion to dismiss the Complaint in the above captioned matter. In a July 7, 2025 order, the Court informed Plaintiff that his Opposition to that motion was due by August 4, 2025, consistent with the Court's Special Rules & Practices in Civil Pro Se Cases. On August 1, 2025, upon Plaintiff's request, the Court granted Plaintiff an extension of his time to respond to the motion, with a new deadline of September 8, 2025. On September 8, 2025, Plaintiff sought a second extension of his response deadline, this time to October 8, 2025. The Court granted the second extension request, and set an October 8, 2025 deadline for Plaintiff's response. Plaintiff has yet to file an Opposition to the motion.

No later than January 15, 2026, Plaintiff shall either file his Opposition, or shall inform the Court by letter that he does not intend to file an Opposition but still intends to prosecute this case.

2

If Plaintiff files such a letter, the Court will consider the motion fully briefed.  If Plaintiff does not file an Opposition or a letter by January 15, 2026, the Court may dismiss this case for failure to prosecute, consistent with Rule 41(b) of the Federal Rules of Civil Procedure.  Rule 41(b) provides that a district court may dismiss an action if "the plaintiff fails to prosecute or otherwise comply with [the] rules or a court order."  Fed. R. Civ. P. 41(b).  Plaintiff will not be granted any further extensions absent good cause.

If, however, Plaintiff files a timely Opposition, Defendants shall have until January 29, 2026 to file a Reply.

SO ORDERED.

Dated:    December 12, 2025
            New York, New York

Ronnie Abrams
United States District Judge