**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROMAN BRIK,

                        Plaintiff,

        -against-                                  24 **CIVIL** 8845 (RA)


JONATHAN FOGEL, Administrative Law Judge,
Office of Administrative Trials and Hearings, New
York City; SAMER NASSER, Executive Director,
Press Credentials Office, NYC Mayor's Office of
Media and Entertainment (MOME); STANSLAV
(STAS) SKARBO, Senior Counsel, MOME; JOE
NGUYEN, Staff Counsel, MOME; PAT
SWINNEY KAUFMAN, Commissioner, MOME,

                        Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 2, 2026, this action is

dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b); accordingly, the

case is closed.

**Dated:** New York, New York

        February 4, 2026

                                      **TAMMI M. HELLWIG**
                                 _____
                                       **Clerk of Court**

                   **BY:**            K. mango

                                   _____
                                        **Deputy Clerk**